

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

April 13, 2026

**_Via ECF_**
Hon. Nelson S. Roman
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/13/2026 |

      Re:    *Sumfinidade Unipessoal LDA v. Fotoxposure Inc.*
             Docket No: 7:25-cv-04081-NSR-VR

Dear Judge Roman:

      We represent Plaintiff Sumfinidade Unipessoal LDA ("Plaintiff") in this matter and write pursuant to Section 1(E) of Your Honor's Individual Practices to respectfully request a continuance of the case management conference currently scheduled for April 15, 2026 (ECF No. 16).

      This is the parties' first request for a continuance of the case management conference. The reason for the request is that the Hon. Victoria Reznik granted the parties' joint motion seeking an extension of time to complete discovery in this matter through June 8, 2025. ECF No. 26. The parties therefore believe that a continuance of the case management conference to a date after the completion of discovery would promote judicial efficiency and allow the parties to meaningfully address the status of the case and any issues that may require the Court's attention.

      Plaintiff's counsel has conferred with Defendant's counsel who advised that Defendant consents to this request.

      Because of scheduling conflicts in June following the close of discovery, the parties propose the following three mutually agreeable alternate conference dates in July:

          Thursday, July 9, 2026
          Friday, July 10, 2026
          Thursday July 16, 2026

      No other dates will be affected by the continuance of the case management conference. We thank the Court for its time and consideration.

                         Respectfully submitted,

                         SANDERS LAW GROUP

                         By: */s/ Renee J. Aragona*
                         Renee J. Aragona

**The parties' joint request is GRANTED. The case management conference currently scheduled for April 15, 2025, is adjourned to July 9, 2026, at 11:00 a.m. At the close of discovery, the parties shall inform the Court whether they intend to file dispositive motions. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**Dated: April 13, 2026**
     **White Plains, NY**

*MEMO ENDORSED*